UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDER HENDERSON, | § | |
| | § | CIVIL ACTION NO. 3:16-CV-02227-M-BH |
| v. | § | |
| | § | JURY DEMANDED |
| STATE FARM | § | |
| INSURANCE COMPANY | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Alexander Henderson and Defendant State Farm Mutual Automobile Insurance Company,[1] through their undersigned counsel of record, hereby jointly stipulate to the dismissal **with prejudice** of all claims that were asserted or could have been asserted by any party against any other party in this lawsuit, as Plaintiff and Defendant have reached a settlement of all claims.  Each party will bear its own costs and attorney fees.

Jointly submitted,

| | |
|---|---|
| **MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.** | **HAHN LAW FIRM, P.C.** |
| /s/ *Melinda R. Burke* | /s/ *Derrick J. Hahn* |
| **Melinda R. Burke** | Derrick J. Hahn |
| Texas Bar No. 03403030 | State Bar No. 24026920 |
| Federal ID No. 4596403 | 900 Jackson Street, Suite 180 |
| Tollway Plaza One | Dallas, Texas  75202 |
| 16000 North Dallas Parkway, Suite 800 | Telephone: (214) 744-3200 |
| Dallas, Texas 75248 | Facsimile: (214) 744-3202 |
| Telephone: (214) 420-5500 | Email: dhahn@hahnlawfirm.com |
| Facsimile: (214) 420-5501 | |
| Email: burke@mdjwlaw.com | |
| | |
| **ATTORNEY-IN-CHARGE FOR DEFENDANT** | **ATTORNEY-IN-CHARGE FOR PLAINTIFF** |

---

[1] Incorrectly named as "State Farm Insurance Company."

1

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** has been forwarded by the method specified, on this 20th day of September, 2016 to the following counsel of record by the method specified:

| | |
|---|---|
| Mr. Derrick J. Hahn<br>HAHN LAW FIRM, P.C.<br>900 Jackson Street, Suite 180<br>Dallas, Texas   75202 | ***Via Facsimile: (214) 744-3202*** |

/s/ *Melinda R. Burke*
Melinda R. Burke

2